| Fill in this information to identify your case and this filing: |
|---|

Debtor 1 __Jeffrey__ __Lynn__ __Stanley, Jr.__
           First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number  __20-63533__
(if known)

☑ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**5720 Bob White Lane**
Street address, if available, or other description

**Douglasville**   **GA**   **30135**
City              State   ZIP Code

**Douglas**
County

**Residence**

What is the property?
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property?
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   Current value of the portion you own?
$99,500.00                               $99,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................... ➔ $99,500.00

Debtor 1    **Jeffrey Lynn Stanley, Jr.**                                    Case number (if known) __20-63533__

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make: **Chevrolet**
Model: **Impala**
Year: **2001**
Approximate mileage: **120,000**
Other information:
**2001 Chevrolet Impala (approx. 120,000 miles)**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,112.00**
Current value of the portion you own?   **$1,112.00**

3.2.
Make: **Chrysler**
Model: **Town & Country Van**
Year: **2015**
Approximate mileage: **86,253**
Other information:
**1/2 owner with wife's grandmother's estate.**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$6,450.00**
Current value of the portion you own?   **$3,225.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................... →   **$4,337.00**

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes. Describe..... **All Household Items**
    **1 Dining Room Suite; 1 Living Room Suite; 4 Bedroom Suites**    $680.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☑ No
    ☐ Yes. Describe.....

Debtor 1    Jeffrey Lynn Stanley, Jr.                                              Case number (if known) 20-63533

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe..... All Clothing                                       $150.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe..... All Jewelry                                        $100.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☑ No
    - ☐ Yes. Give specific information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here............................................................................................→    **$930.00**

### Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ☑ Yes............................................................................................ Cash: .........................    $25.00

Debtor 1    **Jeffrey Lynn Stanley, Jr.**                                         Case number (if known) **20-63533**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes............................  Institution name:

    17.1.  Checking account:    **Wells Fargo Bank - Joint with Wife**                          $8,440.50

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes............................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them........................   Name of entity:                                         % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them........................   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.   Type of account:   Institution name:

    401(k) or similar plan:   **401(k)**                                                        $9,096.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes............................  Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............................  Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................  Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them

Debtor 1  **Jeffrey Lynn Stanley, Jr.**                                  Case number (if known) **20-63533**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☒ No
    - ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☒ No
    - ☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    - ☒ No
    - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years........................
      - Federal: ___
      - State: ___
      - Local: ___

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    - ☒ No
    - ☐ Yes. Give specific information
      - Alimony: ___
      - Maintenance: ___
      - Support: ___
      - Divorce settlement: ___
      - Property settlement: ___

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    - ☒ No
    - ☐ Yes. Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    - ☐ No
    - ☒ Yes. Name the insurance company of each policy and list its value................

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term Life Insurance | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
    - ☒ No
    - ☐ Yes. Give specific information

Official Form 106A/B                          Schedule A/B: Property                                      page 5

Debtor 1    **Jeffrey Lynn Stanley, Jr.**    Case number (if known) __20-63533__

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................... → **$17,561.50**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe..

41. **Inventory**
    ☑ No
    ☐ Yes. Describe..

Official Form 106A/B    Schedule A/B: Property    page 6

Debtor 1   Jeffrey Lynn Stanley, Jr.                                    Case number (if known) __20-63533__

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe..... Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe....

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................... → **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes....

48. **Crops--either growing or harvested**
    - ☑ No
    - ☐ Yes. Give specific information..............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information..............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............................................................................... → **$0.00**

Official Form 106A/B                           Schedule A/B: Property                                  page 7

Debtor 1    **Jeffrey Lynn Stanley, Jr.**                                        Case number (if known) __20-63533__

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................... → | $0.00 |

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................................ → $99,500.00

56. Part 2: Total vehicles, line 5                              $4,337.00

57. Part 3: Total personal and household items, line 15        $930.00

58. Part 4: Total financial assets, line 36                   $17,561.50

59. Part 5: Total business-related property, line 45             $0.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54        + $0.00

62. Total personal property.    Add lines 56 through 61 ...........    | $22,828.50 |    Copy personal property total → +___$22,828.50

63. Total of all property on Schedule A/B.    Add line 55 + line 62 ..................................................    | $122,328.50 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **Lynn** | **Stanley, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | **20-63533** | | |

☑ Check if this is an amended filing

## Official Form 106C

### Schedule C: The Property You Claim as Exempt                              04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of  *Part 2: Additional Page*  as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming?    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Residence** <br> Line from *Schedule A/B*: __1.1__ | $99,500.00 | ☑ __$33,609.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| Brief description: **2001 Chevrolet Impala (approx. 120,000 miles)** <br> Line from *Schedule A/B*: __3.1__ | $1,112.00 | ☑ __$0.00__ <br> ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |

3. Are you claiming a homestead exemption of more than $170,350?
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Official Form 106C                     Schedule C: The Property You Claim as Exempt                              page 1

Debtor 1   Jeffrey Lynn Stanley, Jr.                                Case number (if known) 20-63533

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2015 Chrysler Town & Country Van (approx. 86,253 miles) 1/2 owner with wife's grandmother's estate.**<br>Line from Schedule A/B:  3.2 | $3,225.00 | ☑ $3,225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| Brief description:<br>**All Household Items**<br>**1 Dining Room Suite; 1 Living Room Suite; 4 Bedroom Suites**<br>Line from Schedule A/B:  6 | $680.00 | ☑ $680.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Brief description:<br>**All Clothing**<br>Line from Schedule A/B:  11 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| Brief description:<br>**All Jewelry**<br>Line from Schedule A/B:  12 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| Brief description:<br>**Cash On Hand**<br>Line from Schedule A/B:  16 | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Brief description:<br>**Wells Fargo Bank - Joint with Wife**<br>Line from Schedule A/B:  17.1 | $8,440.50 | ☑ $8,440.50<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| Brief description:<br>**401(k)**<br>Line from Schedule A/B:  21 | $9,096.00 | ☑ $9,096.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1) |
| Brief description:<br>**Term Life Insurance**<br>Line from Schedule A/B:  31 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(9) |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **Lynn** | **Stanley, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA** | | | |
| Case number (if known) | **20-63533** | | |

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B..................................................................................... **$99,500.00**

    1b. Copy line 62, Total personal property, from Schedule A/B....................................................................... **$22,828.50**

    1c. Copy line 63, Total of all property on Schedule A/B.................................................................................... **$122,328.50**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$73,794.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.................... + **$36,744.00**

    **Your total liabilities** **$110,538.00**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I............................................................................... **$2,849.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J........................................................................................ **$3,058.00**

Official Form 106Sum         Summary of Your Assets and Liabilities and Certain Statistical Information         page 1

Debtor 1   Jeffrey Lynn Stanley, Jr.                                   Case number (if known) __20-63533__

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                              **$5,380.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                                         **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations. (Copy line 6a.)                                        $0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                $0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)      $0.00

   9d. Student loans. (Copy line 6f.)                                                       $0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  + $0.00

   9g. **Total.** Add lines 9a through 9f.                                                   $0.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2

STATE OF GEORGIA
COUNTY OF DOUGLAS

## VERIFICATION

I, Jeffrey Lynn Stanley, Jr., petitioner in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

/s/
Jeffrey Lynn Stanley, Jr.

Dated: March 4, 2020

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| JEFFREY LYNN STANLEY, JR., | * | |
| | * | |
| Debtor. | * | CASE NO. 20-63533-BEM |

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the Amended Schedules using the Bankruptcy Electronic Case Filing program, which sends a notice of this Document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

S. Gregory Hays    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com

Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov

I further certify that on this day I caused a copy of the document to be served via United States First Class Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Jeffrey Lynn Stanley, Jr.
5720 Bob White Lane
Douglasville, GA 30135

All creditors on mailing matrix

Dated: March 4, 2020

**GINGOLD & GINGOLD LLC**
Counsel for Debtor

By: _____/s/_____
Jamie L. Gingold
Ga. Bar No. 295401
1718 Peachtree Street, NW
Suite 385
Atlanta, GA 30309
404-685-8800
*notices@gingoldbankruptcylaw.com*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-63533-bem<br>Northern District of Georgia<br>Atlanta<br>Wed Mar  4 10:15:50 EST 2020 | AT&T<br>P.O. Box 105503<br>Atlanta, GA 30348-5503 | ATT Uverse<br>c/o Enhanced Recovery Company<br>P.O. Box 57547<br>Jacksonville, FL 32241-7547 |
| Alltran Financial LP<br>P.O. Box 610<br>Sauk Rapids, MN 56379-0610 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Denise Dukes<br>4415 Clark Lane<br>Lithia Springs, GA 30122-1615 |
| Directv<br>P.O. Box 105261<br>Atlanta, GA 30348-5261 | Firstsource<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 | Gatestone & Co. International Inc.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801-1058 |
| Ira D. Gingold<br>Gingold & Gingold LLC<br>Suite 385<br>1718 Peachtree Street NW<br>Atlanta, GA 30309-2498 | Gray Tile & Remodel<br>6821 Creekwood Drive<br>Douglasville, GA 30135-1673 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| Michael Foreman<br>P.O. Box 722929<br>Houston, TX 77272-2929 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | One Main Finance<br>P.O. Box 64<br>Evansville, IN 47701-0064 |
| One Main Financial<br>3201 Highway South<br>Douglasville, GA 30135 | Radius Global Solutions<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | Jeffrey Lynn Stanley Jr.<br>5720 Bob White Lane<br>Douglasville, GA 30135-3804 |
| Waste Industries<br>P.O. Box 7914519<br>Baltimore, MD 21279-0001 | Wells Fargo<br>P.O. Box 77053<br>Minneapolis, MN 55480-7753 | Wells Fargo Home Mortgage<br>P.O. Box 105647<br>Atlanta, GA 30348-5647 |
| Wellstar Health System Paulding<br>c/o State Collection Services, Inc.<br>P.O. Box 6250<br>Madison, WI 53716-0250 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                  21 | |